UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GLENRIDGE COMMERCIAL, INC.

              *Plaintiff*,

-- against --

SIGHTLINE SYSTEMS, INC., BRUCE
G. HILL, CHARLES C. HALE, and
BRANDON R. WITTE,

              *Defendants*.
------------------------------------------------------X

Index No.

**RULE 7.1 STATEMENT**

      Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies the following:

      Glenridge Commercial, Inc. is owned by Old Point International Corporation.

      Old Point International Corporation is owned by Sage Enterprises Limited, 22 Smith Street, St. Peter Port, Guernsey GY 1 2JQ.

      The above-referenced entities are not publicly held.

Dated: New York, New York
       July 14, 2008

                                  Respectfully submitted,

                                  JUDD BURSTEIN, P.C.

                                  By_____
                                    Judd Burstein (JB-9585)
                                  *Attorneys for Plaintiff*
                                  1790 Broadway
                                  New York, New York 10019
                                  (212) 974-2400
                                  (212) 974-2944 (Fax)
                                  jburstein@burlaw.com