ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

GLENRIDGE COMMERCIAL, INC.

V.

SIGHTLINE SYSTEMS, INC., BRUCE G. HILL, CHARLES C. HALE, and BRANDON R. WITTE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 6324**

TO: (Name and address of Defendant)

Sightline Systems, Inc. and Brandon R. Witte, c/o Sightline Systems, Inc.
11130 Fairfax Boulevard, Suite 200, Fairfax, Virginia 22030
Bruce G. Hill, 88 Rutledge Road, Belmont, MA 02478-2633
Charles C. Hale, c/o York Capital Management, 767 Fifth Avenue, 17th Floor, New York, New York 10153

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Judd Burstein
Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, New York 10019

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   JUL 1 4 2008

CLERK                                                DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|
| **Glenridge Commerical, Inc.** | Attorney: |
| Plaintiff | Judd Burstein, P.C. |
| vs. | 1790 Broadway, Suite 1501 |
| | New York, NY. 10019 |
| **Sightline Systems, Inc., et al** | |
| Defendant | |

**Case Number:** 08 CIV 6324

Legal documents received by Legal Ease Inc, on July 21st, 2008 at 10:00 AM to be served upon **Brandon R. Witte at 11130 Main St., Suite 200, Fairfax, VA. 22030**

I, Peniner R. Shade, swear and affirm that on **July 21st, 2008 at 12:45 PM**, I did the following:

**Individually** Served **Brandon R. Witte** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Rules; Rule 7.1 Statement; Complaint; Exhibits at 11130 Main St., Suite 200, Fairfax, VA 22030.**

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 5'9   Weight: 165   Skin Color: White   Hair Color: Brown   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Peniner R. Shade
Process Server

Legal Ease Inc,
139 Fulton St.
New York, NY 10038

(212) 393-9070

Internal Job ID: 0000011216

District of Columbia: SS
Subscribed and Sworn to before me,
this 21 day of JULY 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|

**Glenridge Commerical, Inc.**

    Plaintiff

vs.

**Sightline Systems, Inc., et al**

    Defendant

Attorney:

Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, NY. 10019

**Case Number:** 08 CIV 6324

Legal documents received by Legal Ease Inc, on July 21st, 2008 at 10:00 AM to be served upon **Sightline Systems, Inc.** at **11130 Main St., Suite 200, Fairfax, VA. 22030**

I, Peniner R. Shade, swear and affirm that on **July 21st, 2008 at 12:45 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Action; Rules; Rule 7.1 Statement; Complaint; Exhibits** to **Brandon R. Witte** as **President** of **Sightline Systems, Inc.**.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 5'9   Weight: 165   Skin Color: White   Hair Color: Brown   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Peniner R. Shade**
Process Server

**Legal Ease Inc,**
139 Fulton St.
New York, NY 10038

(212) 393-9070

Internal Job ID: 0000011215

District of Columbia: SS
Subscribed and Sworn to before me,
this 21st day of July 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GLENRIDGE COMMERCIAL, INC.

               Plaintiff,                       Index No. 08cv 6324

  -- against --

                                                    AFFIDAVIT OF SERVICE

SIGHTLINE SYSTEMS, INC., BRUCE
G. HILL, CHARLES C. HALE, and
BRANDON R. WITTE,

               Defendants.
----------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

      **SANDRA GUZMAN**   being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in Rego Park, New York. That on the 21st day of July, 2008, I served a true copy of the within **SUMMONS and attached COMPLAINT and Rule 7.1 Statement**

Upon:      **Charles Hale**
            **York Capital Management**
            **767 Fifth Avenue, 17th Floor**
            **New York, New York 10153**

the **Defendant** herein named, by delivering 1 (one) true copy of such to Charles Hale, personally.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

    SEX: Male         EYES: Brown         HAIR: Brown
    APP. AGE: 25-35   APP. HT: 5' 3"       APP. WT: 130 lbs.

    Deponent further says: that at the time of such service I knew the person so served as aforesaid to be the same person described in the aforementioned SUMMONS and attached COMPLAINT.

Sworn to before me this
21st day of July, 2008

_____                          _____
Notary Public                                            SANDRA GUZMAN

PAUL GUZMAN
Notary Public, State of New York
No. 01GU6081645
Qualified in Queens County
Commission Expires 10/15/2010

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                                                 *Signature of Server*

                                        _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.