UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GLENRIDGE COMMERCIAL, INC.

        *Plaintiff,*          Case No.: 08 Civ. 6324 (GEL)

-- against --

SIGHTLINE SYSTEMS INC., BRUCE          **NOTICE OF DISMISSAL**
G. HILL, CHARLES C. HALE, and
BRANDON R. WITTE,

        *Defendants.*
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff GLENRIDGE COMMERCIAL, INC. hereby dismisses all claims without prejudice and without costs and disbursements.

Dated: July 31, 2008
      New York, New York

                                      Yours, etc.,

                                      JUDD BURSTEIN, P.C.

                                      By:_____
                                         Judd Burstein, Esq. (JB-9585)
                                       1790 Broadway, Suite 1501
                                       New York, New York 10019
                                       Tel.: (212) 974-2400
                                       Fax: (212) 974-2944
                                       *Attorneys for Plaintiff*
                                       *Glenridge Commercial, Inc.*

SO ORDERED
_____
GERARD E. LYNCH, U.S.D.J.

8/4/08